## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**DAVALIN DEVELL MELTON, SR.**                                    **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO.: 4:21-cv-95-GHD-JMV**

**UNITED STATES OF AMERICA**                                    **DEFENDANT**

### ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "a motion asserting. . . a jurisdictional defense… stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal. Whether to permit discovery on issues related to a motion… [is a decision] committed to the discretion of the court, upon a motion by any party seeking relief." L.U. CIV. R. 16(b)(3)(B).

The Defendants have filed a motion to dismiss based on lack of jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1) and/or for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). [14, 15]. Accordingly, staying discovery in this case is appropriate at this time.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** pending a ruling on the motion to dismiss. Defendants shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to dismiss and shall submit a proposed order lifting the stay.

**SO ORDERED** this, February 15, 2022.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**