IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DAVALIN DEVELL MELTON, SR.                                         PLAINTIFF

v.                                            CIVIL ACTION NO. 4:21-cv-00095-GHD-JMV

UNITED STATES OF AMERICA                                   DEFENDANT

### ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Pursuant to an opinion entered this date, it is hereby ORDERED that:

(1) the Defendant's unopposed motion to dismiss [14] is GRANTED;

(2) the Plaintiff's claims are DISMISSED WITHOUT PREJUDICE; and

(3) this case is CLOSED.

SO ORDERED, this, the 19th day of July, 2022.

_____
SENIOR U.S. DISTRICT JUDGE